UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL TRUST INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN HEATING & COOLING, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No.: 5:19-cv-00268-LCB |

# FINAL ORDER

In accordance with the memorandum opinion issued contemporaneously herewith, the Court **GRANTS** the Defendants' motion to abstain, (Doc. 10). This case is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs.

**DONE** and **ORDERED** March 6, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE