# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 20-11292

_____

District Court Docket No.
5:19-cv-00268-LCB

NATIONAL TRUST INSURANCE COMPANY,

        Plaintiff - Appellant,

versus

SOUTHERN HEATING AND COOLING INC,
STEVEN HOGE,
as Personal Representative of the Estate of Billy Carl Hoge,
deceased and as Personal Representative of the
Estate of Mary Ellen Hammon Hoge,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 03, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 10/04/2021